# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DONALD MORRIS** and **MARY MORRIS,**
Appellants,

v.

**TOWER HILL PRIME INSURANCE COMPANY,**
Appellee.

No. 4D2023-2228

[June 13, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia Wood, Judge; L.T. Case No. CACE19025161.

Michael Cecere of Cecere Santana P.A., Plantation, and Joseph S. Kashi of Joseph S. Kashi, P.A., Plantation, for appellants.

Kimberly Kanoff Berman of Marshall Dennehey Warner Coleman & Goggin, P.C., Fort Lauderdale, and C. Ryan Jones and Scot E. Samis of Traub Lieberman Straus & Shrewsberry LLP, St. Petersburg, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***